MARILYN B. GUNNER, ESQ.
CALIFORNIA STATE BAR NO. 149540
P.O. BOX 605
LA MESA, CALIFORNIA 91944-0605
TELEPHONE: (619) 461-8716

Attorney for Material Witnesses

FILED
2007 DEC 21 AM 8:35
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ISRAEL AMEZQUITA-LUNA, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No: 07cr3032WQH (mdc) <br> Mag. No: 07cr2446 <br> RELEASE ORDER FOR 07mj2446-WMc <br> MATERIAL WITNESS <br><br> Magistrate Judge: McCurine |

On application of Marilyn B. Gunner, Attorney for the below-named material witness, and having completed the Videotape Deposition ordered by the Court in this matter,

IT IS HEREBY ORDERED that the following person committed to the custody of the United States Marshal as a material witness be released from custody:

Manuel Eugenio-Ortega  Bk# 05282-298

Approved: _____ 12/2/07
Larry Casper, AUSA    Date

_____
Zandra Lopez    Date
Attorney for Defendant
Israel Amezquita-Luna

DATED: 12/20/07

_____
HON. WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

1                                                              07cr3032WQH

| | |
|---|---|
| 1 | MARILYN B. GUNNER, ESQ. |
|   | CALIFORNIA STATE BAR NO. 149540 |
| 2 | P.O. BOX 605 |
|   | LA MESA, CALIFORNIA 91944-0605 |
| 3 | TELEPHONE: (619) 461-8716 |
| 4 | Attorney for Material Witnesses |

5           UNITED STATES DISTRICT COURT

6           SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | Criminal No: 07cr3032WQH~~ (amd) |
| 8 |                            ) | Mag. No:    07cr2446~~ |
|   |         Plaintiff,         ) | RELEASE ORDER FOR 07mj2446- |
| 9 | v.                         ) | MATERIAL WITNESS    WMC |
| 10| ISRAEL AMEZQUITA-LUNA,     ) | |
| 11|                            ) | Magistrate Judge: McCurine |
|   |         Defendant.         ) | |
| 12| _____) | |

On application of Marilyn B. Gunner, Attorney for the below-named material witness, and having completed the Videotape Deposition ordered by the Court in this matter,

IT IS HEREBY ORDERED that the following person committed to the custody of the United States Marshal as a material witness be released from custody:

Manuel Eugenio-Ortega   Bk# 05282-298

Approved:

_____         _____
Larry Casper, AUSA    Date           Zandra Lopez           Date
                                     Attorney for Defendant
                                     Israel Amezquita-Luna

DATED: 12/20/07                      _____
                                     HON. WILLIAM MC CURINE, JR.
                                     UNITED STATES MAGISTRATE JUDGE

                    1                               07cr2389W